IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

Petitioner,

v.

No.   1-04-1326-T-An

THOMAS BINGHAM,

Respondent.

---

### ORDER CLOSING CASE

---

It appearing to the Court that the above-referenced respondent, has substantially complied with the requirements set forth in the September 7, 2004, Internal Revenue Service Summons, and therefore this case is hereby closed.

**IT IS SO ORDERED,**

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

22 April 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _04-22-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01326 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Thomas Bingham
6 Blackthorne Cove
Jackson, TN 38305

Jerry Hanover Schwartz
LAW OFFICE OF JERRY SCHWARTZ
5100 Poplar Ave.
Ste. 2700
Memphis, TN 38137

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT